IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02775-GPG

SANZA THOMPSON,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF'S OFFICE

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Sanza Thompson, was in the El Paso County Criminal Justice Center in Colorado Springs, Colorado at the time he initiated this action on December 21, 2015 by filing a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983.

On December 23, 2015, Magistrate Judge Gordon P. Gallagher reviewed Mr. Thompson's filing and determined that it was deficient. (*See* ECF No. 3). Magistrate Judge Gallagher directed Plaintiff to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, on the court -approved form within thirty (30) days of the December 23 Order. (*Id.*). Magistrate Judge Gallagher further instructed Mr. Thompson that he could pay the $400.00 filing fee in lieu of filing an *in forma pauperis* motion. Magistrate Judge Gallagher warned Mr. Thompson in the December 23 Order that failure to cure the designated deficiency would result in dismissal of this action without further notice. (*Id.*).

On January 4, 2016, the copy of the December 23 Order sent to Mr. Thompson was returned to the court as undeliverable. (*See* ECF No. 4). Mr. Thompson has not

filed a notice of change of address, as required by the local rules of this Court.  *See* D.C.COLO.LCivR 5.1(c).  Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Sanza Thompson, to comply with the December 23, 2015 Order Directing Plaintiff to Cure Deficiencies and with the local rules of this Court.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED January 28, 2016, at Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court